---

### 11103.　DAVIS *v.* TOWN OF GIBSON.

BLOODWORTH, J. The questions raised in this case are identical with those in *Davis* v. *Town of Gibson*, No. 11102, ante, 813, and are controlled by the rulings in that case.

　　*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
　　　　　　　. DECIDED MARCH 2, 1920.

Certiorari; from Glascock superior court—Judge Walker. September 27, 1919.

*M. L. Felts,* for plaintiff in error. *E. B. Rogers,* contra.

---

### 11104.　BULLINGTON *v.* FIELDS.

LUKE, J. This case was here on a former writ of error, and was reported in 20 *Ga. App.* 102 (92 S. E. 653). This court, by its decision then rendered, settled the controlling legal points in the case. The subsequent trial was had in accordance with that decision, which now is necessarily the law of the case. The evidence submitted did not prove the case as laid in the petition, and it was not error to grant a nonsuit.

　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
　　　　　　　DECIDED MARCH 2, 1920.

Complaint; from Turner superior court—Judge Eve. September 1, 1919.

*Crum & Jones, W. T. Williams,* for plaintiff.
*Eldridge Cutts, J. W. Haygood,* for defendant.